No. 95–5314. LABANKOFF ET AL. v. BAKER, CALIFORNIA CIRCUIT JUDGE, ET AL. C. A. 9th Cir. Certiorari denied.

No. 95–5316. TUCKER v. DEPARTMENT OF THE ARMY. C. A. 5th Cir. Certiorari denied.

No. 95–5317. VEGA v. COLORADO. Sup. Ct. Colo. Certiorari denied.

No. 95–5319. AVILA v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 95–5320. BERGER v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 95–5321. CHANDLER v. VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 95–5322. ARMENDAREZ v. SHANKS, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 95–5323. BREWER v. MCKINNEY ET AL. C. A. 11th Cir. Certiorari denied.

No. 95–5324. WISE v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 95–5325. OKAFOR v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 95–5326. PACHECO v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 95–5327. SNYDER v. GRAYSON, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 95–5329. WHITFIELD v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 95–5330. WOODY v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 95–5331. BELL ET AL. v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 95–5332. WATKINS v. NELSON, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.